FILED 16 JUL '20 1039USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

BILLY BROSWSKIE
_____

*(Enter full name of plaintiff)*

Plaintiff,

v.

SHERIDAN FDC, eT AL.

DR HunTER, DR GRASLEY, OOMOON

NURSE ANDERSON, DR GRANY

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. ___3:20-cv-01185-YY___

*(to be assigned by Clerk's Office)*

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes        ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**        Name: _DR. HunTER_

Street Address: _Po box 5000_

City, State & Zip Code: _SHERIDAN OR_

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                1
[Rev. 01/2018]

**Defendant No. 1**    Name: DR. GRASLEY

Street Address: SHERIDAN FDC, PO Box 5000

City, State & Zip Code: SHERIDAN OR 97378

Telephone No.: UNKNOWN

**Defendant No. 2**    Name: DR GRADY

Street Address: SHERIDAN FDC, PO Box 5000

City, State & Zip Code: SHERIDAN OR 97378

Telephone No.: UNKNOWN

**Defendant No. 3**    Name: NURSE ANDERSON

Street Address: SHERIDAN FDC, PO Box 5000

City, State & Zip Code: SHERIDAN, OR 97378

Telephone No.: UNKNOWN

**Defendant No. 4**    Name: Co. MOODY

Street Address: SHERIDAN FDC, PO Box 5000

City, State & Zip Code: SHERIDAN, OR 97378

Telephone No.: UNKNOWN

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

MEDICAL MALPRACTICE AND
NEGLIGENTS DUE TO A LACK OF
TRAINING

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

WHEN I CAME TO SHERIDAN FDC I
HAD BEEN ON 100 mg. OF ADDERAL AND
2 mg OF KLAROPIN DAILY. I WAS CUT-OFF
IMMEDIATLY AND NOT GIVEN EVEN A
GENERIC SUBSTITUTE. I IMMEDIATLY
WENT INTO A DEPRESSION THAT WAS
GREATER THAN ANYTHING I HAD
EVER FELT BEFORE IN MY LIFE.
I BEGGED FOR HELP.
SEE ATT. #1

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

CO MOODY, SEXTION AND
OTHERS UNKNOWN LACK OF TRAINING

①

ATT# 1

I REACHED OUT TO EVERY CO AND NURSE FOR HELP BUT WAS DENIED. FINALLY I DID SEE DR. GROSLY AND HE TOLD ME HE WAS PRESRIBING ME MEDICATION BUT I WAITED AND WAITED UNTIL I FINALLY UNDERSTOOD HE LIED TO ME. I RECEIVED NOTHING. NEXT, AND STILL WITHOUT MEDS, I WAS LOCKED DOWN FOR COVID-19. THAT ACT ALONE ISOLATED ME AND I WAS UNDER 24/7 LOCKDOWN. I ASKED CO MOODY FOR HELP, HE SAID "NO PESON FROM MEDICAL WAS AVAILABLE TO HELP ME" I ASKED

②

ATT#1

ALL DAY EVERY DAY.

NURSE ANDERSON CAME IN THE UNIT. SHE SAID "I AM NOT A DOCTOR AND I CAN'T HELP YOU". I ASKE FINALLY AFTER 2 DAY FOR THE PSYC. DOCTER GRADY BUT AGAIN WAS REFUSED AND REFUSED. ON OR ABOUT APRIL 13 2020 I SLASHED MY THROAT WITH RAZOR'S TRYING TO KILL MYSELF. I WOULD RATHER BE DEAD AT THAT POINT. THE LOCK DOWN 24/7 AND NO MEDICATION PLUS LACK OF HELP FROM DR HUNTER A HIS STAFF. ALSO

③

ATT#1

CO. MOODY, DR. GRASLEY, DR. GRADY AND NURSE ANDERSON ARE INEXCUSSABLE AND NEGLIGENT. MY PROFFESSIONAL CARE BY THE ABOVE NAMED DEFENDANTS FELL BELOW ANY ESTABLISHED LEVEL OF CARE THAT IS ACCEPTABLE TO ANYONE, ANYWHERE.

I WOULD NOT HAVE EVER ATTEMPTED SUISIDE HAD I RECEIVE EVEN MINIMAL PROFFESIONAL CARE.

THE CO'S AT SHERIDAN WHERE UNTRAINED TO DEAL WITH DEPRESSION AND OTHER MEDICAL ISSUE'S DURING THE COVID-19 AND THEREBYE NEGLIGENT AND PERSONALLY RESPONSIBLE FOR MY NECK SLASHING SUICIDE ATTEMPT.

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

THE CAPTAIN IS RESPONSIBLE FOR TRAINING AND FAILED TO INSTRUCT THE CO'S HOW TO DEAL WITH PEOPLE IN LONG TERM LOCKDOWN. HE ALSO FAILED TO DIRECT MEDICAL STAFF TO TAKE SPECIAL PRECAUTIONS UNDER COVID-19 PRESIDENTIAL ORDERS.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)          4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes          ☐ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I WOULD LIKE MEDICAL HELP AND TREATMENT FOR MY DEPRESSION AND TRANSFER TO A PROFFESIONAL PROGRAM FACILITY TO HELP ME OFF DRUGS. I WANT $2,500,000.00 FOR PAIN, SUFFERING, MENTAL ANGUISH AND FOR PERMANENTLY SCARING ME. I SUFFERED LOSS OF MY FAMILY AS A RESULT OF MY SUICIDE ATTEMPT. I HAVE RE-OCCURING NIGHTMARES OF THAT DAY IN APRIL 2020

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _02_ day of _JULY_, 20_20_

_(Signature of Plaintiff)_

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]