FILED 23 DEC '20 10:24 USDC-ORP

US DISTRICT COURT    PRO SE
FOR OREGON

BILLY BROSOWSKE

V                    Case: 3:20-CV-01185-YY

SHERIDAN FDC, ET AL

Amended Complaint

Complaint

I HAVE A 8TH AMENDMENT
TO BE FREE FROM CRUEL AND
UNUSUAL PUNISHMENT AND THIS
CRUEL AND UNUSUAL PUNISHMENT
CAME IN THE FORM OF WITHOLDING
MEDICATION FROM me. I WAS
A DRUG ADDICT. OUTSIDE THE

②

PRISON BEFORE MY ARREST I WAS PRESCRIBED 100 mg OF ADDERQL WHICH IS A AFFEDIMEN. SORT OF a PHARMASUITICAL METH. I ALSO WAS PRESCRIBED 2 mG OF KLQROPIN.

PRESCRIPTION FROM A OUTSIDE DOCTOR ARE TO BE CONTINUED IN JAIL AFTER AN ARREST. I BECAME MORE DEPRESSED THAN I HAVE EVER BEEN. I BEGGED OVER AND OVER FOR HELP. MY 8TH AMENDMENT WAS ALSO VIOLATED NOT ONLY FOR CRUEL AND UNUSUAL

③

PUNISHMENT BUT FAILING TO PROTECT me FROM DANGER. THEY FAILED TO UNDERSTAND THE DANGER I WAS IN FOR UNKNOWN REASONS.

THE DEFENDANTS HAVE SHOWED CONTINUED DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS OF MINE. So MUCH SO THAT I COMMITED SUICIDE ON APRIL 13 2020. I ASKED CONTINUALLY FOR HELP, I BEGGED, I EVEN CRIED AT ONE POINT. I HAD

④

A SERIOUS MEDICAL NEED AS REFFERED TO IN Jett v Penner 439 F.3d 1091 (9TH CIR. 2006) AND Estelle v Gamble 429 US 97, 104 (1976).

I HAVE ABSOLUTE PROOF THAT THE DEFENDANTS FAILED TO TREAT THE CONDITION THAT LEAD TO MY SUICIDE. THAT RESULTED IN SIGNIFICANT INJURY TO MYSELF AND A UNNESSASSARY INFLICTION OF PAIN AND EVEN MORE MENTAL SUFFERING AS THE PRISON MEDICAL STAFF HAD ME MOVED TO ISOLATION IN

⑤

THE "SHU" OR HOLE. LIGHTS ON 24/7, LOCKED IN A ISOLATED CELL 24/7. CLOTHES AND OTHER ITEMS WITHELD. THE DEFENDANTS CANNOT SAY THEY DID NOT KNOW OF MY MEDICAL NEEDS. I NOT ONLY BEGGED AND ASKED MULTIPLE NURSES AND DOCTOR AND OFFICERS WORKING DAILY IN MY UNIT, I GAVE THEM MY OUT-SIDE DOCTORS PHONE NUMBER AND AGREED TO LET THEM GET MY MEDICAL RECORDS AND SCRIPTS. THE PILL

⑥

JaRS WERE IN MY POSSESSION WHEN I WAS ARRESTED WITH AMOUNTS TO BE TAKEN AND WHEN PRINTED ON THE BOTTLE. THE DEFENDANTS KNEW OF THE EXCESSIVE RISK TO MY HEALTH AND DISREGUARDED IT TOTALLY.

THE DOCTOR, GRaSLY, TOLD me HE WAS PRESCRIBING me THE Same MEDICATION. I WAITED AND WAITED BUT NO MEDICATION EVER ARRIVED. HE AND OTHERS WHERE DELIBEREATLY INDIFFERENT

⑦

AS DR. GRASLY HAD DRAWN THE SAME CONCLUSION AS MY STREET DOCTOR, WHICH WAS THAT WITH OUT THESE 2 MEDICATION A SUBSTAINTIAL RISK OF SERIOUS HARM EXISTED. AS IN "FARMER V BREMAN 511 US 825, 837(1994)" THESE CONDITIONS ABOVE ARE 8TH AMENDMENT VIOLATIONS.

I MADE MULTIPLE, DAILY REQUEST FOR 10 DAYS OR MORE OVER AND OVER TO DR HUNTER AND HER STAFF. THE SAME

(8)

WITH DR GRASLY, DR GRADY, THE NURSES AND ALL THE DAY & NIGHT SHIFT OFFICERS LIKE SEXTON AND MOODY. I WAS NOT PROTECTED FROM PAIN OR DANGER AND SUFFERING THAT LEAD TO MY SUICIDE ATTEMPT OF CUTTING MY OWN THROAT WITH RAZORS. THIS IS A VIOLATION OF MY 8TH AMENDMENT CONSTITUTIONAL PROTECTIONS.

12/18/20

BILLY BROWSKIE
76718-065
SHERIDAN FDC
PO BOX 6000
SHERIDAN OR
97378