IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BILLY BROSOWSKE,    No. 3:20-cv-01185-YY

    Plaintiff(s),    ORDER

  v.

SHERIDAN FDC, DR. HUNTER,
DR. GRASLEY, CO. MOODY,
NURSE ANDERSON, and DR. GRADY,

    Defendant(s).

HERNÁNDEZ, District Judge:

    Magistrate Judge Youlee Yim You issued a Findings and Recommendation on January 3, 2023, in which she recommends that this Court grant Defendants' Motion for Summary Judgment and dismiss Plaintiff's claims without prejudice. F&R, ECF 51. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 53. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation, ECF 51. Therefore, Defendant's Motion for Summary Judgment, ECF 40 is GRANTED and this matter is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED:   February 24, 2023

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER